**Electronically Filed**
**Supreme Court**
**SCWC-12-0000422**
**06-MAR-2014**
**09:06 AM**

SCWC-12-0000422

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ZAK K. SHIMOSE,
Petitioner/Plaintiff-Appellant,

vs.

HAWAIʻI HEALTH SYSTEMS CORPORATION dba HILO MEDICAL CENTER,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000422; CIV. NO. 09-1-383)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.
and Circuit Judge Alm, in place of Acoba, J., recused)

Petitioner/Plaintiff-Appellant's Application for Writ of Certiorari, filed on January 21, 2014, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, March 6, 2014.

Zak K. Shimose,                    /s/ Mark E. Recktenwald
petitioner pro se
                                   /s/ Paula A. Nakayama
Sarah O. Wang
and Darin R. Leong                 /s/ Sabrina S. McKenna
for respondent
                                   /s/ Richard W. Pollack

                                   /s/ Steven S. Alm

